IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02598-WYD-CBS

THEODORE ACOSTA,

    Plaintiff,

v.

GLEN WILSON, in his official and individual capacities;
RICK CLANDSENN, Sheriff of Mesa County, Colorado,
in his official and individual capacities; and
MESA COUNTY, COLORADO,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

It is hereby **ORDERED** that Plaintiff's Motion to Amend (filed February 7, 2006; *doc. no. 4*) is **DENIED**, without prejudice, for failure to comply with D.C.COLOL.CIVR. 10.1 E.  It is further

**ORDERED** that Plaintiff is directed to note FED.R.CIV.P. 15(a).

**DATED:**     February 14, 2006