IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02598-WYD-CBS

THEODORE ACOSTA,

>   Plaintiff,

v.

GLEN WILSON, in his Official and Individual Capacities;
RIECKE CLAUSSEN, Sheriff of Mesa County, Colorado, in his Official and Individual Capacities; and
MESA COUNTY, COLORADO,

>   Defendants.

---

### ORDER

---

The parties filed a Stipulation for Dismissal of State Law Claims [# 14] on April 20, 2006.  Plaintiff Theodore Acosta and Defendants Riecke E. Claussen and Mesa County have stipulated that the state-law based claims in the Amended Verified Complaint, specifically Count IX Malicious Prosecution and Count X False Arrest and Imprisonment, should be dismissed with prejudice.  After a careful review of the Stipulation and the file, the Court concludes that these two claims should be dismissed with prejudice.  Accordingly, it is

ORDERED that Count IX, Malicious Prosecution, is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney's fees.  It is

FURTHER ORDERED that Count X, False Arrest and Imprisonment, is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney's

fees.

       Dated:  April 21, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel  
                                    Wiley Y. Daniel  
                                    U. S. District Judge