IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02598-WYD-CBS

THEODORE ACOSTA,

    Plaintiff,

v.

GLEN WILSON, in his Official and Individual Capacities;
RIECKE E. CLAUSSEN, former Sheriff of Mesa County, Colorado, in his Official and Individual Capacities; and
MESA COUNTY, COLORADO,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendant Mesa County's Motion for Dismissal Pursuant to F.R.Civ.P. Rule 12 [# 20], filed May 3, 2006.  On May 5, 2006, Plaintiff filed his Response to Defendant's Motion to Dismiss Mesa County [# 21], in which he states that he "hereby stipulates to the dismissal of Mesa County as a Defendant in this matter."  Plaintiff further states that this dismissal should be with prejudice.  Based on the foregoing, it is

ORDERED that Defendant Mesa County's Motion for Dismissal Pursuant to F.R.Civ.P. Rule 12 is **GRANTED**.  It is

FURTHER ORDERED that Defendant Mesa County is **DISMISSED WITH PREJUDICE**.

Dated: May 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge