**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  05-cv-02598-WYD-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date:  December 5, 2006** | **Courtroom Deputy:**  Ben Van Dyke |

| | |
|---|---|
| THEODORE ACOSTA, | Richard P. Ruh |
| **Plaintiff,** | |
| v. | |
| GLEN WILSON, individually and in his official capacity, et al., | Alan N. Hassler |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING/STATUS CONFERENCE**
**Court in Session:       10:50 a.m.**
Court calls case.  Appearances of counsel.  Also present for the hearing are plaintiff Theodore Acosta and Sheriff Stan Hilkey.

Court discusses that status of the case with plaintiff Theodore Acosta and counsel.

**ORDERED:**   The Motion to Dismiss Current Counsel dated November 20, 2006 (doc. 49) is granted for the reasons stated on the record.

**ORDERED:**   The Motion to Allow Plaintiff's Counsel to Withdraw as Counsel dated November 24, 2006 (doc. 53) is granted for the reasons stated on the record.

HEARING CONCLUDED.

**Court in Recess**:       **11:14 a.m.**
Total   In-Court Time:      00:24